UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:17-cv-61002-JEM

DENNIS HAYNES,

    Plaintiff,

v.

DOMINO'S PIZZA, LLC

    Defendant.

_____/

Judge Jose E. Martinez

Action Filed: May 22, 2017
Trial Date: April 2, 2018

## DEFENDANT'S WITNESS LIST

Defendant Domino's Pizza LLC ("Defendant" or "Domino's"), by and through undersigned counsel, files the following witness list pursuant to Federal Rule of Civil Procedure 26(a)(3)(A)(i):

| Witnesses | Nature of Testimony | Live or By Deposition | Will Introduce (WI) or May Introduce (MI) | Basis for Objection |
|---|---|---|---|---|
| Plaintiff Dennis Haynes, c/o Plaintiff's counsel | Plaintiff's experience with Defendant's website. | Live | WI | |
| Mandi Galluch, c/o Defendant's counsel | This person has knowledge of Defendant's website, including its accessibility | Live | WI | |

| | | | | |
|---|---|---|---|---|
| | features, policies and procedures, and how Defendant provides customer support to blind and visually impaired individuals. | | | |
| Tim Niles, c/o Defendant's counsel. | This person has knowledge of Defendant's website, including its accessibility features, policies and procedures, and how Defendant provides customer support to blind and visually impaired individuals. | Live | WI | |
| Chris Roeser, c/o Defendant's counsel | This person has knowledge of Defendant's website, including its accessibility features, policies and procedures, and how Defendant provides customer support to blind and visually impaired individuals. | Live | MI | |
| Steve Moazami, c/o Defendant's | This person has knowledge of Defendant's website, | Live | MI | |

| | | | | |
|---|---|---|---|---|
| counsel | including its accessibility features, policies and procedures, and how Defendant provides customer support to blind and visually impaired individuals. | | | |
| Joe VanOosterhout, c/o Defendant's counsel | This person has knowledge of Defendant's website, including its accessibility features, policies and procedures, and how Defendant provides customer support to blind and visually impaired individuals. | Live | MI | |
| Lindsay Hettling, c/o Defendant's counsel | This person has knowledge of Defendant's website, including its accessibility features, policies and procedures, and how Defendant provides customer support to blind and visually impaired individuals. | Live | MI | |
| Carrie Kilam, | This person has knowledge | Live | MI | |

| | | | | |
|---|---|---|---|---|
| c/o Defendant's counsel | of Defendant's website, including its accessibility features, policies and procedures, and how Defendant provides customer support to blind and visually impaired individuals. | | | |
| Joseph Devereaux, c/o Defendant's counsel | This person has knowledge of Defendant's website, including its accessibility features, policies and procedures, and how Defendant provides customer support to blind and visually impaired individuals. | Live | MI | |
| Max Shikhman, c/o Defendant's counsel | This person has knowledge of Defendant's website, including its accessibility features, policies and procedures, and how Defendant provides customer support to blind and visually impaired individuals. | Live | MI | |

KLUGER, KAPLAN, SILVERMAN, KATZEN & LEVINE, P.L., 201 SO. BISCAYNE BLVD., SUITE 2700, MIAMI, FL 33131 305.379.9000

| Jason McMann, c/o Defendant's counsel | This person has knowledge of Defendant's website, including its accessibility features, policies and procedures, and how Defendant provides customer support to blind and visually impaired individuals. | Live | MI | |

Defendant reserves the right to supplement and modify this witness list to the extent permitted by the Court and the applicable rules.

Dated:  March 5, 2018

Respectfully submitted,

/s/ Michael T. Landen_____
Michael T. Landen, Esq.
Fla. Bar No. 161144
mlanden@klugerkaplan.com
KLUGER, KAPLAN, SILVERMAN,
KATZEN & LEVINE, P.L.
Miami Center, Twenty-Seventh Floor
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 379-9000
Facsimile: (305) 379-3428

Bradley J. Leimkuhler (*Pro Hac Vice*)
Sheppard Mullin Richter & Hampton LLP
650 Town Center Drive, 4th Floor
Costa Mesa, CA 92626-1993
(714) 513-5100 | main
www.sheppardmullin.com
bleimkuhler@sheppardmullin.com

*Attorneys for Defendant,*
*Domino's Pizza LL*

CASE NO. 0:17-cv-61002-JEM

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 5th, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Michael T. Landen*
Michael T. Landen, Esq.

## **SERVICE LIST**

Thomas B. Bacon, Esq.
Thomas B. Bacon, P.A.
644 North McDonald Street
Mt. Dora, FL 32757
Telephone: (954) 478-7811
tbb@thomasbaconlaw.com

Philip Michael Cullen III, Esq.
621 S Federal Highway
Fort Lauderdale, FL 33301
Telephone: (954) 462-0600
Facsimile: (954) 462-1717
CullenIII@aol.com

KLUGER, KAPLAN, SILVERMAN, KATZEN & LEVINE, P.L., 201 SO. BISCAYNE BLVD., SUITE 2700, MIAMI, FL 33131 305.379.9000