UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:17-cv-61002-JEM

DENNIS HAYNES,

    Plaintiff,

v.

DOMINO'S PIZZA, LLC

    Defendant.

_____/

## DEFENDANT'S EXHIBIT LIST

Defendant Domino's Pizza LLC ("Defendant" or "Domino's"), by and through undersigned counsel, files the following exhibit list pursuant to Federal Rule of Civil Procedure 26(a)(3)(A)(iii):

| No. | Document Description | BATES No. (If Any) | Will Introduce (WI) or May Introduce (MI) | Basis for Objection |
|---|---|---|---|---|
| 1. | ADA Compliance Project Page – Website ADA Compliance | DP0000032-37 | WI | |
| 2. | The subject website, www.dominos.com | | WI | |
| 3. | January 3, 2018 Email from Linda Platt to Roberto Luna | DP000001-31 | MI | |

|    |                                                                                                                 |              |    |   |
|----|-----------------------------------------------------------------------------------------------------------------|--------------|----|---|
|    | re: Screen Reader CDR                                                                                           |              |    |   |
| 4. | September 14, 2017 Email from Roberto Luna to Terri Haffrey re: Screen Reader 30 Minute Interval call Volume    | DP000038-39  | MI |   |
| 5. | Screen Reader Metric Reports                                                                                    | DP000040-44  | MI |   |
| 6. | January 3, 2018 Email from Roberto Luna to Shellie Johnston re: Screen reader ANI's                             | DP000045-60  | MI |   |
| 7. | February 3, 2017 Email from Lindsay Hettling to Roberto Luna re: Domino's Daily Report                          | DP000061-65  | MI |   |
| 8. | February 20, 2017 Declaration of Mandi Galluch and Exhibits                                                     | DP000066-70  | MI |   |
| 9. | February 19, 2018 Declaration of Tim Niles and Exhibits                                                         |              | MI |   |
| 10 | Screenshots of accessibility audits of Plaintiff's counsel's website, Plaintiff's expert's website, and the Department of Justice's website |              | MI |   |

| 11 | Operative Complaint in this matter | | MI | |
| 12 | Copies of all of the disabled access lawsuits filed by Plaintiff | | MI | |

Defendant reserves the right to supplement and modify this exhibit list to the extent permitted by the Court and the applicable rules.

Dated: March 5, 2018

Respectfully submitted,

/s/ Michael T. Landen_____
Michael T. Landen, Esq.
Fla. Bar No. 161144
mlanden@klugerkaplan.com
KLUGER, KAPLAN, SILVERMAN,
KATZEN & LEVINE, P.L.
Miami Center, Twenty-Seventh Floor
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 379-9000
Facsimile: (305) 379-3428

Bradley J. Leimkuhler (*Pro Hac Vice*)
Sheppard Mullin Richter & Hampton LLP
650 Town Center Drive, 4th Floor
Costa Mesa, CA 92626-1993
(714) 513-5100 | main
www.sheppardmullin.com
bleimkuhler@sheppardmullin.com

*Attorneys for Defendant,*
*Domino's Pizza LLC*

CASE NO. 0:17-cv-61002-JEM

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 5, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

<i>Michael T. Landen</i><br>Michael T. Landen

## SERVICE LIST

Thomas B. Bacon, Esq.
Thomas B. Bacon, P.A.
644 North McDonald Street
Mt. Dora, FL  32757
Telephone:  (954) 478-7811
tbb@thomasbaconlaw.com

Philip Michael Cullen III, Esq.
621 S Federal Highway
Fort Lauderdale, FL  33301
Telephone:  (954) 462-0600
Facsimile:  (954) 462-1717
CullenIII@aol.com

KLUGER,  KAPLAN, SILVERMAN, KATZEN & LEVINE, P.L., 201 SO. BISCAYNE BLVD., SUITE 2700, MIAMI, FL 33131 305.379.9000