UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
**Case Number: 17-61002-CIV-MARTINEZ-OTAZO-REYES**

DENNIS HAYNES, individually,
    Plaintiff,

vs.

DOMINO'S PIZZA, LLC,
    Defendant.
_____/

## ORDER DENYING PLAINTIFF'S MOTION TO LIFT STAY

THIS CAUSE came before the Court upon Plaintiff's Motion to Lift Stay [ECF No. 66]. Defendant filed a response in opposition [ECF No. 67] and Plaintiff filed a reply [ECF No. 70]. Plaintiff also subsequently filed a notice of supplemental authority, advising this Court that the Ninth Circuit issued its decision in *Robles v. Domino's Pizza, LLC*, Case Number 17-55504 (the "*Robles* Appeal") [ECF No. 72].

This Court previously stayed this matter pending the *Robles* Appeal and the Eleventh Circuit's decision in *Winn-Dixie Stores, Inc. v. Gil*, Case Number 17-13467 (the "*Winn-Dixie* Appeal") [ECF No. 65]. Notwithstanding the *Robles* decision, this Court denies Plaintiff's motion to lift the stay in this matter. The Court notes that the *Winn-Dixie* Appeal is still pending. A review of the docket reveals that oral arguments were held on October 4, 2018. Accordingly, after careful consideration of Plaintiff's Motion to Lift Stay and the record in this action, it is

**ORDERED AND ADJUDGED** that

1. Plaintiff's Motion to Lift Stay [ECF No. 66] is **DENIED without prejudice.**

2. The parties shall notify this Court within five (5) days of the decision in the *Winn-Dixie* Appeal.

DONE AND ORDERED in Chambers at Miami, Florida, this 22 day of April, 2019.

                                                                 JOSE E. MARTINEZ
                                                                 UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record